February 28, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. George P. Fisher, Jr.*, *Mr. F. N. Judson* and *Mr. Paul Bakewell* for the petitioner. No appearance for the respondents.

---

No. 780. GENERAL ELECTRIC COMPANY, PETITIONER, *v.* THE RICHMOND STREET & INTERURBAN RAILWAY COMPANY. February 28, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. L. F. H. Betts* for the petitioner. *Mr. Thomas F. Sheridan* and *Mr. Clifton B. Edwards* for the respondent.

---

No. 783. THE CITY OF CHICAGO, PETITIONER, *v.* ERIE & WESTERN TRANSPORTATION COMPANY. February 28, 1910. Petition for writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. C. E. Kremer* and *Mr. Edward Brundage* for the petitioner. *Mr. Harvey D. Goulder*, *Mr. Frank S. Masten*, *Mr. S. H. Holding*, *Mr. C. W. Greenfield* and *Mr. Frederick M. Brown* for the respondent.

---

No. 789. WILL F. WOODS, PETITIONER, *v.* THE UNITED STATES. February 28, 1910. Petition for writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Richard R. McMahon* and *Mr. Charles W. Ogden* for the petitioner. *The Attorney General* and *The Solicitor General* for the respondent.

---

No. 808. O. J. LEWIS MERCANTILE COMPANY, PETITIONER, *v.* ANNIE KLEPNER. March 7, 1910. Petition for a writ of

certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Herbert H. Gibbs* for the petitioner. *Mr. Edward A. Alexander* for the respondent.

---

No. 817. HELVETIA SWISS FIRE INSURANCE COMPANY, PETITIONER, *v.* MAX J. BRANDENSTEIN ET AL. March 7, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. William J. Wallace* and *Mr. Frederick B. Campbell* for the petitioner. *Mr. William V. Rowe* and *Mr. Royall Victor* for the respondents.

---

No. 818. IN THE MATTER OF BERNARD STAVRAHN, PETITIONER. March 7, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Edwin P. Grosvenor* for the petitioner. *Mr. Clarence R. Freeman* for the respondent.

---

No. 806. SEBALD M. HOHL, PETITIONER, *v.* NORDDEUTSCHER LLOYD. March 14, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Lawrence Kneeland* for the petitioner. *Mr. Joseph Larocque* for the respondent.

---

No. 810. ROLAND P. CONKLIN, PETITIONER, *v.* THE DAIMLER MANUFACTURING COMPANY ET AL. March 14, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Henry M. Earle* for the petitioner. No appearance for the respondent.